Glen Alden Coal Company, Appellant, *v.* State Tax Equalization Board.

Argued January 10, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL and LADNER, JJ.

*Earl G. Harrison,* with him, *Arlin M. Adams, J. H. Oliver, William A. Schnader* and *Schnader, Harrison, Segal & Lewis,* for appellant.

*George W. Keitel,* Deputy Attorney General, with him *H. Albert Lehrman,* Deputy Attorney General and *Charles J. Margiotti,* Attorney General, for appellees.

OPINION PER CURIAM, March 22, 1951:

The decree of the court below is affirmed on the opinion of President Judge RICHARDS of the Dauphin County Orphans' Court, specially presiding. See, also, *Newport Township School District v. State Tax Equalization Board,* 366 Pa. 603, 79 A. 2d 641.

Appellant to pay costs.